UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 00-07809-3F7

IN RE:

DANNY EUGENE THOMPSON

EMILY EMILLE THOMPSON

_____ Debtor(s)

## ORDER DENYING MOTION FOR RELEASE OF UNCLAIMED FUNDS

This case came on for consideration upon the Motion filed by NCO Group Inc, a creditor in the above-captioned case, for release of funds deposited with the United States Treasury as unclaimed dividends. Upon consideration the Court finds that the sum requested was not deposited to the United States Treasury and that the creditor is not entitled to receipt of said funds. It is

**ORDERED:**

The Motion for Release of Unclaimed Funds filed by claimant is hereby Denied.

**DATED January 21, 2009,** at Jacksonville, Florida.

JERRY A. FUNK
United States Bankruptcy Judge

Copies to:
U.S. Attorney, Attn: Civil Procedures Clerk, 400 N. Tampa St., Suite 3200, Tampa, FL 33602
Clerk, US Bankruptcy Court, Attn: Financial Administrator, 801 N. Florida Avenue, Suite 555, Tampa, FL 33602
NCO Group, Inc., Attn: Dilks & Knopik LLC., PO Box 2728, Issaquah, WA 98027-0125